UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioners,

and

JY APPARELS, INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6515 (RJH)**

STATE OF NEW YORK    )
                                         ) ss.
County of New York    )

Annie Habeeb, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

    2.    On July 25, 2007 I served the Respondent herein with a copy of the Notice of Petition dated July 25, 2007 and the Memorandum of Law dated July 25, 2007 by causing a true copy of said Motion papers to be addressed to the Respondent at 256 W. 38th Street, 13th Floor, New York New York 10018 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7834 8296 and regular mail.

_Annie Habeeb_
Annie Habeeb

Sworn to, before me, this
25th day of July 2007

ARMAND SPILOTROS
NOTARY PUBLIC, State of New York
No. 01SP4839358
Qualified in Queens County
Commission Expires  July 31, 2009