UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioners,

and

JY APPARELS, INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 6515 (RJH)**

STATE OF NEW YORK          )
                           ) ss.
County of New York         )

Annie Habeeb, being duly sworn, deposes and says:

1.    I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2.    On October 31, 2007 I served the Respondent herein with a copy of the Clerk Certificate and Default Judgment, by causing a true copy of said Motion papers to be addressed to the Respondent at 256 W. 38th Street, 13th Floor, New York, New York 10018 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 4391 and regular mail.

Annie Habeeb

Sworn to, before me, this
31st day of October 2007

ARMAND SPILOTROS
Notary Public, State of New York
No. O1SP4839358
Qualified in Queens County
Commission expires July 31, 2009