UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,

                Petitioners,                                07 CIVIL 6515 (RJH)

    -against-                                    **JUDGMENT**

JY APPARELS, INC.,

                Respondent.
-----------------------------------------------------------X

      Petitioner having moved to confirm an arbitration award, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on February 19, 2008, having rendered its Memorandum Opinion and Order granting petitioner's motion to confirm the arbitration award in the amount of $3,094.02 in favor of Unite Here National Health Fund, in the amount of $241.07 in favor of the Unite Here National Retirement Fund, and awarding petitioners $350.00 in costs, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 19, 2008, petitioner's motion to confirm the arbitration award is granted in the amount of $3,094.02 in favor of Unite Here National Health Fund, in the amount of $241.07 in favor of the Unite Here National Retirement Fund; and petitioners are awarded $350.00 in costs.

Dated: New York, New York
           March 5, 2008

                                                        **J. MICHAEL McMAHON**

                                                           Clerk of Court

                                         BY:

                                                           Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/5/08]